**Order entered May 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00283-CV

## EMPLOYEE SOLUTIONS MCKINNEY, LLC, ESI/EMPLOYEE SOLUTIONS, L.P., AND ESI GENERAL, LLC, Appellants

### V.

### MICHAEL WILKERSON, Appellee

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-04305**

## ORDER

Before the Court is the appellants' motion to consolidate the appeal in cause number 05-16-00283-CV, *Employee Solutions McKinney, LLC, ESI/Employee Solutions, L.P., and ESI General, LLC v. Michael Wilkerson* with the appeal in cause number 05-16-00501-CV, *Employee Solutions McKinney, LLC, ESI/Employee Solutions, L.P., and ESI General, LLC v. Michael Wilkerson*. We **GRANT** the motion to consolidate the appeals. We **ORDER** cause number 05-16-00501-CV **CONSOLIDATED** into cause number 05-16-00283-CV. We **DIRECT** the Clerk of Court to remove all documents from file number 05-16-00501-CV and refile them in cause number 05-16-00283-CV and treat cause number 05-16-00501-CV as a

closed case.  We **ORDER** that all future pleadings be filed in and bear only cause number 05-16-00283-CV. Appellants shall file their brief thirty (30) days from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE